[Nos. 24136-6-II; 24171-4-II. Division Two. August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE BERUBE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KORY L. NIELSEN, *Appellant*.

Appeals from judgments of the Superior Court for Jefferson County, Nos. 98-1-00056-8 and 98-1-00055-0, William E. Howard, J., entered December 10, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24640-6-II. Division Two. August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LANCE PENNICK II, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02124-3, Brian M. Tollefson, J., entered April 1, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24995-2-II. Division Two. August 3, 2001.]

JAMES TRAINER, SR., ET AL., *Respondents*, v. KITSAP COUNTY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06086-4, Brian M. Tollefson, J., entered July 23, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.